1:21-cv-03085-SEB-MPB
Case 1:21-cv-03085-SEB-MPB    Document 1    Filed 12/20/21    Page 1 of 6 PageID #: 1

FILED
12/20/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

KENNETH, LAMAR, Scott 3rd        (Legal mail)

vs.

State of Indiana, Indiana Prosecutors/Officers/ Clark County Sheriff and Deputies/ Dunwoods, Cpt. Nutter, Major Beard, Sgt McCalinon, Sgt Thomas, Jeffersonville Police Dept, Marion County Sheriff Dept/ Indianapolis, Metropolitan Police Dept/ Eskenazi Hospital, Eskenazi Security, Methodist Security at Methodist Hospital, Hospital itself.

From my mother Dorthy Jonson — Horizon Bank in late 2019 stolen 30 from — Key Bank gave over 1.1 million dollars to me by a will left by my mother Joann Smith — Huntington Bank stolen money from me Also. — Chase Bank 30 million.

(3)

On or around about 17 to the 19 of October 2021 Kenneth Scott 3rd was held against the law that had all of my rights violated by Eskenazi security who jumped out of their police car to arrest me unlawfully when I was sitting inside my wheelchair at IndyGo property right outside the Hospital By but still outside on IndyGo property at the Bus stop when flash light (Eskenazi police) jumped out of squad car told me that I would go to jail anytime he sees myself (Kenneth Scott) slammed me down on hard concreat (by no by slamming my side of my head and whole body down on the ground kicking me in the ribs causing more blood to come out. even at the time of this brutel assult was committed by this very rouge officer. All of precious valubles were been stolen like had on Bandnew platinum Gold watch and Stolen and about 15 thousand dollars worth of property and money that I had worked very hard to achieve and. They (Eskanzi police) did not give back when I was released on the 28th of my released a week later Skip to 28th of october the day that Dr. showed that I was at Community North Hospital ER on the 27th of October that X rays I had X rays Kenneth Scott 3rds X rays from Community North show that my ribcage is fractured and my left hand all the way from my head left side Right side that was exposed is fractured including my right hip bone and my left hip has been reinjured from it being hurt in the first place by Clark County sheriff Dept. from 2018 to 2019 held hostage

Marion County Jail 1
40 South Alabama Street
Cell Block 2-O Bed 8
Indianapolis, Indiana
46204

(2)

December 11, 2021

My books show zero- since (illegally) born

Also please waive filling and processing fee due to majority officer that work refuse to give a 6 month print out no matter how many times I try. Without all of these acts done against me I want compensation compensation each bank these are the fees they owe to Kenneth Lamar Scott 3rd. myself every action can and will be shown/proof by the authorities speaking for my Dad whose been dead.

Huntington Bank 50 million
Chase Bank 50
Key Bank 50
Horizon Bank 50 million
4th fees police

Juanita Smith Dead (m)
Jeremie Scott (m) FS
John Scott (m)
Earl Scott (m)
Anthony (m)
Tracy Haroon (m)
Carla Scott (m)
All 4 (m's) mean (murdered)

KENNETH LAMAR SCOTT 3rd
Gallery # 482209 Court Rm 21
Booking # 1137692
DOB 5/3/76
action 2-0-8. See if they
Bail Project pay my Bond
317-937-3160   4,000 cash

Jeffersonville Police Dept. 25 million
Clark County Sheriff Dept 50 million
Kenazi Hospital itself 30 million malpractice
Kenazi Security 10 million
Methodist Hospital itself 25 million
Indian County Sheriff Dept 25 million
Indianapolis metro police 25 million
Police Dept 25 million

Even if specific acts like these members of my family is dead I can/and have proof that someone else has been living and has taken places and assets

Fact!

Total of
$340,000,000

All statements are facts are true

By signed
Kenneth Lamar Scott III
December 11, 2021

Kim and Myself also has 2 Daughters that need me But see the Social Workers my 2 girls Don't Have very long Due to their mother But their mothers mom their Grandmother is not stable enough to care for Both of them so I need to Get out so that I can care for my family members are alive so please Allow me to Be a true Father IN their lives and Be resposible As I used to Be And should

Marion county Jail in court Rm 21 Inside of City/county Building located at 200 East Washington Street court Rm 21 Located on First (5) Floor Indianapolis, Indiana 46202 IF I Do not Get out my 2 little girls that is under the age of 18 Two eighteen years of age they will Become A ward of the states so please get me out when i never committed A crime in the first place all lies has Been Brought Against me I will prove that too. Bond is 4,000 CASH court Rm. 21
Kenneth Suttle 3rd cell Block 2-O · Bade 8       Over →
      Kenneth Suttle 3rd December 11, 2021

December 12, 2021

Any investigation unit will see Facts and truth

Kenneth L. Scott III
VS
State of Indiana
Prosecutors Office — 50 million to a.c. 340,000,000 for release by Judge only
Security For Eskenazi Hospital
(Eskenazi Hospital Malpractice)
Security For Methodist Hospital
Methodist Hospital (Malpractice)
Clark county sheriff Dept
Jeffersonville police Dept
Marion county Sheriff Dept
Indianapolis Metro (politan) police Dept
Horizon Bank
Chase Bank
Huntington Bank
Old National Bank
Key Bank
I.S.P Indiana State police

Bank Accounts that Law enforcement Helped Rob Steal and Kill Innocent

Over!
I Demand Records to Be pulled As they are By Social Security Number By each Bank to show and prove those violations and Robbery from each Bank and ms cord from each Family member. As of now From
Kenneth L Scott III
Kenneth L. Scott JR.
Juana Smith / and Juana Settles Deceased same person as of the rest
Juan Scott
Jeremie Scott — Each Banks and
Earl Scott Deceased
Anthony Scott Deceased
Dorthy Mason Deceased

The Real person not a copy / clone / or Robot

P.S. my whole right side from foot to calf has metal pole and its cousin extra injurys for me. Assult for security malpractice for Doctors!

Eskenzi security on the 17, 18, or 19, of October 2021 while sitting on Indy 60 at the bus stop property slammed me to the ground while wheel chair was with me. Stomped with Boot in my Rib cage. Head was Fractured along with my whole Left side of arm and Left Hand was also Fractured community Health Hospital will be able to comfit these finding cause as soon as I was released I went to community north ER. ER for chest gave me X Rays to show on the 20th of October here and I was attacked for cert Away when the security at Eskenzi Hospital told me to my face that he didn't care if I was dead. He will steal arrest that he hates me that I should Be dead All of this can and will Be shown By security cameras at Eskenazi Hospital also Because I have been threatened by doctors and security 50 million for Eskenazi

So the Jail Reject Number is 317) 939-3160 (7)

Please contact them And Let them know that Kenny H Scott is in Direct Assult And that wasn't suicide time This is FRAME KENNETH SCOTT Dec 11, 2021 Clark count, sheriff Dept whole Department Ken Scott

And officers Daniels, mccullhan, Thomas these Kroug@ officers said that my mom didn't care for me Nor love me and that's why they Killed her which see did is the Best way to Love a Boy (me) and her son. I Love my mom and she has always Been sick for me

Methodist Hospital Police from in the year of 2020 right after I been A C.R. Doctors Arrested me for trespassing when in 2020 I was waiting on my cab then on the 28th of october methodist Hospital Police arrested me on cub

** Hooders pretty lot codes.



In the summer of 2020 I have a serious Back Injury pertaining to my hips & of course I got seen By A Doctor and he even gave me an prescription so that it could Be fur Filled But due to me having to go to the Emergency Room At Methodist Hospital while I was waiting In my wheelchair cause at that time I could not walk, As I was Sitting in my wheelchair right out side of Methodist Hospital I Front of the ER Room Doors, methodist security threw me From my wheelchair when I still had my prescription from Methodist Hospital Doctor In my hand my head was Busted open the right side of my hip was Badly hurt By Methodist hospital security so I am Filling extra charges and laws suit Against Methodist Hospital Doctor for malpractice and 50 million for Bapery and Assault with a deadly weapon and An fee of As I said 50 million Dollars all event and Facts can Be proven with the security cameras at Methodist Hospital Camera and I am charging the prosecutor for the state of Indiana to show Favorites ism and For Both security agencys/ marion county sheriff Dept Indianapulis metropolitan police Dept. clark county sheriff Dept. Jeffersonville police Dept Indiana state police Dept for Discrimination And Bias saying all of them saying I have kids and that I Am A Humusexual. Each party I am demanding An Fee of Fifty million A peice I have 2 Daughters By the Ages of 10 And 16 I need to Be there for them I also want it to Be known that even if Indiana don't want to do the right thing By giving me my Money I deserve I know As state And city that will make them all statements are accurate and true And I understand penalty of purgery to the Best of knowledge with straight facts Since I've Been locked up my mom dad and Brothers and last sister has Been attacked. Going Around saying that my African American Family is ISIS thats A Bold face Lie 50 million A peice signed _____ _____