UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH LAMAR SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-03085-SEB-MPB |
| | ) |
| STATE OF INDIANA, | ) |
| INDIANA PROSECUTORS OFFICE, | ) |
| CLARK COUNTY SHERIFF AND DEPUTIES, | ) |
| DANIELS, | ) |
| NUTTER, | ) |
| BEARD, | ) |
| MCCALINON, | ) |
| THOMAS, | ) |
| MARION COUNTY SHERIFF DEPT, | ) |
| JEFFERSONVILLE POLICE DEPT, | ) |
| INDIANAPOLIS METROPOLITAN POLICE DEPT., | ) |
| ESKENAZI HOSPITAL, | ) |
| ESKENAZI SECURITY, | ) |
| METHODIST SECURITY, | ) |
| METHODIST HOSPITAL, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date:  7/19/2022

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KENNETH LAMAR SCOTT
10921 Meadowlake Drive
Indianapolis, IN 46228